**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7145**

WILLIAM D. MARSHALL,

Petitioner - Appellant,

versus

IRA SHOCKLEY,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-02-
2328-L)

Submitted:  October 10, 2002       Decided:  October 24, 2002

Before WIDENER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William D. Marshall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William D. Marshall, a state prisoner, seeks to appeal the district court's order denying relief without prejudice on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and agree with the reasoning of the district court. See Marshall v. Shockley, No. CA-02-2328-L (D. Md. July 23, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2